# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Darryl Damon Leach ,

    Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                                 3:11-cv-222

Alvin Keller, Jr. ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2011 Order.

                                                     Signed: August 2, 2011

                                                     Frank G. Johns, Clerk
                                                     United States District Court